ORDER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**



United States District Court
Southern District of Texas
ENTERED

**NOV - 4 2011**

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| EDITH CAMACHO,<br>*Movant*, | § <br> § <br> § | |
| v. | § <br> § <br> § | CIVIL ACTION NO. B-11-125<br>(CRIMINAL NO. B-10-539-01) |
| UNITED STATES OF AMERICA<br>*Respondent.* | § <br> § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that Movant Edith Camacho's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 1) is hereby DENIED and the action is hereby DISMISSED.

DONE at Brownsville, Texas this _____3_____ day of _____November_____ 2011.

_____
Hilda G. Tagle
United States District Judge